IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZEBRA CAPITAL MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZEBRA CAPITAL MANAGEMENT LLC, <br><br> Defendants. | Civil Action No. 22-75-RGA |

MEMORANDUM

Plaintiff seeks attorneys' fees in the amount of $39,416.25 following a default judgment against Defendant. The Lanham Act, 15 U.S.C. § 1117(a), and the Delaware Uniform Deceptive Trade Practices Act, 6 Del. C. § 2533, provide for reasonable attorneys' fees. I have reviewed the detailed time records (D.I. 15, 16), and they appear reasonable. Plaintiff's Motion for Award of Attorneys' Fees and Costs Pursuant to Default Judgment (D.I. 14) is **GRANTED**.

An appropriate order will issue.

/s/ Richard G. Andrews
United States District Judge